AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| Headwater Research LLC | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:24-cv-00627-JRG-RSP |
| Samsung Electronics Co., Ltd. et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Headwater Research LLC                                                                                                      .

Date:    08/05/2024                                         /s/ James S. Tsuei
                                                           *Attorney's signature*

                                                   James S. Tsuei CA Bar No. 285530
                                                     *Printed name and bar number*

                                                          Russ August & Kabat
                                                   12424 Wilshire Blvd., 12th Floor
                                                         Los Angeles, CA 90025
                                                                *Address*

                                                           jtsuei@raklaw.com
                                                            *E-mail address*

                                                             (310) 826-7474
                                                          *Telephone number*

                                                             (310) 979-8268
                                                             *FAX number*

Print    Save As...    Reset