| *Attorney or Party without Attorney:*<br>Marc Fenster (SBN 181067)<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>  *Telephone No:* 310-826-7474<br>  *Attorney For:* Plaintiff | *Ref. No. or File No.:*<br>4608-003 | **For Court Use Only** |
|---|---|---|

| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS MARSHALL DIVISION |
|---|

| *Plaintiff:* Headwater Research LLC<br>*Defendant:* Samsung Electronics Co., Ltd.; ET AL |
|---|

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:24-cv-00627 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint For Patent Infringement; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Civil Cover Sheet; Plaintiff's Rule 7.1 Disclosure Statement; Plaintiff's Notice Of Designation Of Lead Counsel

3.   a.  Party served:    Samsung Electronics America, Inc.
     b.  Person served:   Shaina Fenimore, authorized to accept service for CT Corporation System, agent for service of process authorized to accept served under F.R.C.P. Rule 4.

4.  Address where the party was served:    1999 Bryan Avenue Suite 900, Dallas, TX 75201

5.  I served the party:
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon, Aug 05, 2024 (2) at: 02:25 PM

6.  **Person Who Served Papers:**
    a. Kim Shaw                                      d. **The Fee** for Service was:   $409.90
    b. FIRST LEGAL
       1517 W. Beverly Blvd.
       LOS ANGELES, CA 90026
    c. (213) 250-1111

7.  *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

                                              8/6/2024
                                               (Date)                              (Signature)



PROOF OF SERVICE

11549467
(5831835)