IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CASE NO. 2:24-CV-00627-JRG-RSP |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., | § § § § § | |
| *Defendants*. | § § § § | |

### ORDER

On this day came for consideration Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc.'s Unopposed Motion for Extension of Time to Move, Answer, or Otherwise Respond to Plaintiff's Complaint and Waiver of Foreign Service Requirement. (**Dkt. No. 22**.) After considering the same, the Court is of the opinion that the Motion should be **GRANTED**.

The deadline for Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., to answer or otherwise respond to Plaintiff's Complaint is hereby extended to November 25, 2024.

**IT IS FURTHER ORDERED** that service of process for Samsung Electronics Company, Ltd. has been waived.

**SIGNED this 27th day of August, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE