# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>    *Plaintiff*,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA,<br>INC.,<br><br>    *Defendants*. | Civil Action No. 2:24-cv-00627-JRG-RSP<br><br>**JURY DEMANDED** |

## JOINT MOTION FOR EXTENSION OF TIME TO COMPLY WITH P.R. 3-1, 3-2, 3-3, AND 3-4

Plaintiff Headwater Research, LLC ("Headwater") and Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc. (collectively, "Defendants" or "Samsung"), (collectively, the "Parties") file this Joint Motion for Extension of Time to Comply with P.R. 3-1, 3-2, 3-3, and 3-4.

The current deadline for the Plaintiff to comply with P.R. 3-1 and 3-2 is October 24, 2024. *See* D.I. 24. The current deadline for the Defendants to comply with P.R. 3-3 and 3-4 is December 19, 2024. *See* D.I. 24. The Parties have been diligently preparing these materials and respectfully request a brief extension of time to finalize these materials. This extension is not sought for prejudice or delay, but for good cause and so that justice may be served.

Accordingly, the Parties respectfully request that the Court extend the deadline to comply with P.R. 3-1 and 3-2 to November 7, 2024, and extend the deadline to comply with P.R. 3-3 and 3-4 to January 16, 2024.

Dated: October 24, 2024

Respectfully submitted,

/s/ Jason Wietholter
Marc Fenster
CA State Bar No. 181067
Reza Mirzaie
CA State Bar No. 246953
Brian Ledahl
CA State Bar No. 186579
Ben Wang
CA State Bar No. 228712
Paul Kroeger
CA State Bar No. 229074
Neil A. Rubin
CA State Bar No. 250761
Kristopher Davis
CA State Bar No. 329627
James S. Tsuei
CA State Bar No. 285530
Philip Wang
CA State Bar No. 262239
Amy Hayden
CA State Bar No. 287026
Adam Hoffman
CA State Bar No. 21870
Dale Chang
CA State Bar No. 248657
James Milkey
CA State Bar No. 281283
James Pickens
CA State Bar No. 307474
Jason M. Wietholter
CA State Bar No. 337139
Qi (Peter) Tong
TX State Bar No. 24119042
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
rak_headwater@raklaw.com

**ATTORNEYS FOR PLAINTIFF,
Headwater Research LLC**

2

## **CERTIFICATE OF SERVICE**

  I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 24rd day of October 2024, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

<em>/s/ Jason Wietholter</em>

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel complied with the requirements of Eastern District of Texas Local Rule CV-7(h).  The parties are in agreement on filing this Joint Motion.

*/s/ Jason Wietholter*