UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>　　　　　*Plaintiff*,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA,<br>INC.,<br><br>　　　　　*Defendants*. | Civil Action No. 2:24-cv-00627-JRG-RSP<br><br>**JURY DEMANDED** |

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE COMPLY WITH P.R. 3-1, 3-2, 3-3, AND 3-4**

Pending before the Court is Plaintiff Headwater Research, LLC ("Headwater") and Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc. (collectively, "Defendants" or "Samsung"), (collectively, the "Parties") Joint Motion for Extension of Time to Comply with P.R. 3-1, 3-2, 3-3, and 3-4. The Court, having considered the joint motion, and for good cause shown, finds that the motion should be **GRANTED**.

**IT IS HEREBY ORDERED** that the deadline to comply with P.R. 3-1 and 3-2 is November 7, 2024, and the deadline to comply with P.R. 3-3 and 3-4 is January 16, 2024. All other deadlines shall remain in place absent further leave of Court.