IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CASE NO. 2:24-CV-00627-JRG-RSP |
| | § | |
| SAMSUNG ELECTRONICS CO., LTD., | § | |
| SAMSUNG ELECTRONICS AMERICA, INC., | § | |
| | § | |
| *Defendants*. | § | |

# ORDER

Before the Court is the Joint Motion for Extension of Time to Comply with P.R. 3-1–3-4 filed by Plaintiff Headwater Research LLC, and Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc. **Dkt. No. 25.** After considering it, the Court is of the opinion that the Motion should be **GRANTED**.

It is **ORDERED** that the deadline for Plaintiff to comply with P.R. 3-1 and P.R. 3-2 is November 7, 2024

It is **FURTHER ORDERED** that Defendants' deadline to comply with P.R. 3-3 and 3-4 is January 16, 2024.

**SIGNED this 29th day of October, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE