# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § § Plaintiff, § § v. § § SAMSUNG ELECTRONICS CO., LTD., § and SAMSUNG ELECTRONICS § AMERICA, INC., § § Defendants. § § § § | CASE NO. 2:24-cv-00627-JRG-RSP JURY TRIAL REQUESTED |

## NOTICE OF APPEARANCE OF ANDREA L. FAIR

COMES NOW Plaintiff, Headwater Research LLC, and hereby notifies the Court and all parties of record that Andrea L. Fair, State Bar Number 24078488, of Miller Fair Henry, PLLC, 1507 Bill Owens Parkway, Longview, Texas, 75604, (903) 757-6400, will be appearing as an attorney of record on its behalf in the above-styled and numbered cause.

Dated: November 1, 2024

Respectfully submitted,

*/s/ Andrea Fair*
Marc Fenster (CA Bar No. 181067)
Reza Mirzaie (CA Bar No. 246953)
Brian Ledahl (CA Bar No. 186579)
Ben Wang (CA Bar No. 228712)
Paul Kroeger (CA Bar No. 229074)
Neil A. Rubin (CA Bar No. 250761)
Kristopher Davis (CA Bar No. 329627)
James S. Tsuei (CA Bar No. 285530)
Philip Wang (CA Bar No. 262239)
Amy Hayden (CA Bar No. 287026)

James Milkey (CA Bar No. 281283)
Jason M. Wietholter (CA Bar No. 337139)
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard 12th Floor
Los Angeles, California 90025
Telephone: 310-826-7474
Facsimile: 310-826-6991
E-mail: rak_headwater@raklaw.com

*Of Counsel:*
Andrea L. Fair
Texas State Bar No. 24078488
E-mail: andrea@millerfairhenry.com
**MILLER FAIR HENRY, PLLC**
1507 Bill Owens Parkway
Longview, Texas 75601
Telephone: (903) 757-6400
Fax: (903) 757-2323

***Attorneys For Plaintiff Headwater Research LLC.***

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on November 1, 2024 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Andrea Fair*