## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>  Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., and<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>  Defendants. | Civil Action No. 2:24-cv-00627-JRG-RSP |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO
## COMPLY WITH STANDING ORDER REGARDING SUBJECT-MATTER
## ELIGIBILITY CONTENTIONS

Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc. (collectively, "Defendants" or "Samsung"), file this Unopposed Motion for Extension of Time to Comply with Standing Order Regarding Subject-Matter Eligibility Contentions.

The current deadline for the Defendants to comply with Standing Order Regarding Subject-Matter Eligibility Contentions is December 19, 2024. See D.I. 24. This extension is not sought for prejudice or delay, but for good cause and so that justice may be served.

Accordingly, Defendants respectfully request that the Court extend the deadline to comply with Standing Order Regarding Subject-Matter Eligibility Contentions to January 16, 2024.

Dated: November 5, 2024                    Respectfully submitted,

                                           */s/ Melissa R. Smith*
                                           Melissa R. Smith
                                           State Bar No. 24001351
                                           GILLAM & SMITH, LLP
                                           303 South Washington Avenue
                                           Marshall, Texas 75670
                                           Telephone: (903) 934-8450
                                           Facsimile: (903) 934-9257
                                           Email: melissa@gillamsmithlaw.com

                                           ***Attorney for Defendants***
                                           ***Samsung Electronics Company, Ltd., and***
                                           ***Samsung Electronics America, Inc.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 5th day of November, 2024.

                                           */s/ Melissa R. Smith*
                                           Melissa R. Smith

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Defendants met and conferred with counsel for Plaintiff. Counsel for Plaintiff indicated that it is unopposed to this motion.

                                           */s/ Melissa R. Smith*
                                           Melissa R. Smith