**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

HEADWATER RESEARCH LLC,

                Plaintiff,

v.

SAMSUNG ELECTRONICS CO., LTD., and
SAMSUNG ELECTRONICS AMERICA, INC.,

                Defendants.

Civil Action No. 2:24-cv-00627-JRG-RSP

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO
COMPLY WITH STANDING ORDER REGARDING SUBJECT-MATTER
ELIGIBILITY CONTENTIONS**

On this day came for consideration Defendants Samsung Electronics Company, Ltd. and

Samsung Electronics America, Inc.'s Unopposed Motion for Extension of Time to Comply with

Standing Order Regarding Subject-Matter Eligibility Contentions.  After considering the same, the

Court is of the opinion that the Motion should be GRANTED.