IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CASE NO. 2:24-CV-00627-JRG-RSP |
| | § | |
| SAMSUNG ELECTRONICS CO., LTD., | § | |
| SAMSUNG ELECTRONICS AMERICA, | § | |
| INC., | § | |
| | § | |
| *Defendants*. | § | |

# ORDER

Before the Court is Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc.'s Unopposed Motion for Extension of Time to Comply with Standing Order Regarding Subject-Matter Eligibility Contentions (**Dkt. No. 28**.) After consideration, and noting its unopposed nature, the Motion is **GRANTED**.

It is **ORDERED** that the deadline for Defendants to comply with Standing Order Regarding Subject-Matter Eligibility Contentions is extended to January 16, 2024.

**SIGNED this 6th day of November, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE