# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>        Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD, ET AL.<br><br>        Defendants. | Case No. 2:24-CV-00627-JRG-RSP |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE PROPOSED
DOCKET CONTROL ORDER AND PROPOSED DISCOVERY ORDER**

Plaintiff Headwater Research LLC ("Headwater") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (together, "Samsung") (collectively, "the Parties") respectfully file this Joint Motion for Extension of Time to File Proposed Docket Control Order and Proposed Discovery Order and would show the Court as follows:

Pursuant to the Court's Scheduling/Case Management Conference Order ("Order") (Dkt. No. 24), the deadline for the Parties to file their Proposed Docket Control Order and Proposed Discovery Order is November 21, 2024. The Parties respectfully seek a five-day extension of time up to and including November 26, 2024, to file the Parties' Proposed Docket Control Order and Proposed Discovery Order.

The Parties represent that good cause exists for this brief extension of time.  The Parties are diligently meeting and conferring on the issues related to the Proposed Docket Control Order and Proposed Discovery Order, but the Parties need a brief additional time to continue to meet and confer to resolve their disputes.  This brief extension will promote judicial efficiency because it will potentially reduce the expenditure of the Parties' and Court's limited judicial resources by

allowing the Parties adequate time to resolve their disputes prior to raising the issues with the Court.

The Parties represent that this extension is not sought for the purposes of delay but rather so that justice may be served. Counsel for Samsung met and conferred with counsel for Headwater. The Parties are jointly seeking the relief sought herein.

Accordingly, the Parties respectfully request that the Court grant this Joint Motion and enter an order extending the time in which the Parties are required to file their Proposed Docket Control Order and Proposed Discovery Order up to and including November 26, 2024.

Dated: November 21, 2024                    Respectfully submitted,

                                      */s/ Marc Fenster*

Marc Fenster
CA State Bar No. 181067
Reza Mirzaie
CA State Bar No. 246953
Brian Ledahl
CA State Bar No. 186579
Ben Wang
CA State Bar No. 228712
Paul Kroeger
CA State Bar No. 229074
Neil A. Rubin
CA State Bar No. 250761
Kristopher Davis
CA State Bar No. 329627
James S. Tsuei
CA State Bar No. 285530
Philip Wang
CA State Bar No. 262239
Amy Hayden
CA State Bar No. 287026
Adam Hoffman
CA State Bar No. 21870
Dale Chang
CA State Bar No.248657
James Milkey
CA State Bar No. 281283

James Pickens
CA State Bar No.307474
Jason M. Wietholter
CA State Bar No. 337139
Qi(Peter) Tong
TX State Bar No. 24119042
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
rak_headwater@raklaw.com

*Attorneys for Plaintiff*
*Headwater Research LLC*


 */s/ Melissa R. Smith*
─────────────────────────
Melissa R. Smith
Texas Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile:  (903) 934-9257

*Attorney for Defendants*
*Samsung Electronics Co., Ltd. and*
*Samsung Electronics America, Inc.*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Samsung met and conferred with counsel for Headwater to discuss the substantive relief sought in this Motion pursuant to Local Rule CV-7(h). The Parties are jointly seeking the relief sought herein.

*/s/ Melissa R. Smith*
Melissa R. Smith

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 21, 2024.

*/s/ Melissa R. Smith*
Melissa R. Smith
