# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD, ET AL.<br><br>    Defendants. | Case No. 2:24-CV-00627-JRG-RSP |

## ORDER

Before the Court is Plaintiff Headwater Research LLC's and Defendants Samsung Electronics Co., Ltd.'s and Samsung Electronics America, Inc.'s Joint Motion for Extension of Time to File Proposed Docket Control Order and Proposed Discovery Order. After consideration of the same, the Court is of the opinion that the Motion should be and is hereby **GRANTED**.

The Court **ORDERS** that the deadline for Plaintiff Headwater Research LLC and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. to file their Proposed Docket Control Order and Proposed Discovery Order is **extended** up to and including November 26, 2024.