# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, | § |
| *Plaintiff,* | § § § |
| v. | §   CASE NO. 2:24-CV-00627-JRG-RSP |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., | § § § § |
| *Defendants.* | § § |

## ORDER

Before the Court is the Joint Motion for Extension of Time to File Proposed Docket Control Order and Proposed Discovery Order filed by Plaintiff Headwater Research LLC, and Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc. (**Dkt. No. 30**.) After consideration, and noting its unopposed nature, the Motion is **GRANTED**.

It is **ORDERED** that the Parties' deadline to file their proposed docket control order and proposed discovery order is November 26, 2024.

**SIGNED this 22nd day of November, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE