# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA,<br>INC.,<br><br>*Defendants*. | Case No. 2:24-CV-00627-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Samsung Electronics Co., Ltd. ("SEC") and Samsung Electronics America, Inc. ("SEA"), (collectively, "Samsung"), by and through its counsel hereby certify that:

(1) SEC has no parent corporation, and no other publicly held corporation owns 10% or more of SEC's stock;

(2) SEA is a wholly owned subsidiary of SEC, and no other publicly held corporation owns 10% or more of SEA's stock.

Dated: November 25, 2024										Respectfully submitted,

By:	*/s/Lawrence R. Jarvis*
Michael J. McKeon
DC Bar No. 459780
mckeon@fr.com
Jared Hartzman (*pro hac vice*)
DC Bar No. 1034255
hartzman@fr.com
**FISH & RICHARDSON P.C.**
1000 Maine Avenue, SW, Ste 1000
Washington, D.C. 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Ruffin B. Cordell
TX Bar No. 04820550
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214)747-5070
Facsimile: (214) 747-2091

Thad C. Kodish
GA Bar No. 427603
tkodish@fr.com
Benjamin K. Thompson
GA Bar No. 633211
bthompson@fr.com
Lawrence R. Jarvis
GA Bar No. 102116
jarvis@fr.com
**FISH & RICHARDSON P.C.**
1180 Peachtree St. NE, Fl. 21
Atlanta, GA 30309
Telephone: (404) 892-5005
Facsimile: (404) 892-5002

Melissa R. Smith
State Bar No. 24001351
Melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

2

        Andrew Thompson ("Tom") Gorham
        State Bar No. 24012715
        tom@gillamsmithlaw.com
        **GILLAM & SMITH, LLP**
        102 N. College, Ste. 800
        Tyler, Texas 75702
        Telephone: (903) 934-8450

        **ATTORNEYS FOR DEFENDANTS**
        **SAMSUNG ELECTRONICS CO., LTD AND**
        **SAMSUNG ELECTRONICS AMERICA, INC.,**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 25, 2024.

        */s/ Lawrence R. Jarvis*
        Lawrence R. Jarvis