**THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>　　　　*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD and<br>SAMSUNG ELECTRONICS AMERICA,<br>INC.,<br><br>　　　　*Defendants*. | Case No. 2:24-CV-00627-JRG-RSP |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Thad C. Kodish, of the law firm Fish & Richardson P.C., enters his appearance in this matter for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. and consents to electronic services of all papers in this action.

Dated:  November 26, 2024

Respectfully submitted,

FISH & RICHARDSON P.C.

By:  */s/ Thad C. Kodish*
　　Thad C. Kodish
　　GA Bar No. 427603
　　FISH & RICHARDSON P.C.
　　1180 Peachtree St NE, 21st Floor
　　Atlanta, GA 30309
　　Phone: (404) 892-5005
　　Fax: (404)892-5002
　　Email: tkodish@f.com

*Attorneys for Defendants*
*Samsung Electronics Co., LTD and*
*Samsung Electronics America, Inc.*

2

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing

document has been served on November 26, 2024 to all counsel of record who are deemed to

have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).


*/s/ Thad C. Kodish*
Thad C. Kodish