# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:24-CV-0627-JRG-RSP |

## DEFENDANTS' NOTICE OF DESIGNATION OF LEAD ATTORNEY

Pursuant to Local Rule CV-11(a), Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. file this Designation of Lead Attorney and hereby notify the Court that Ruffin B. Cordell of the law firm Fish & Richardson P.C., should be designated as lead attorney for Defendants in the above-referenced matter. All pleadings, discovery, correspondence, and other materials should be served upon counsel at the address referenced below.

Dated: November 26, 2024

Respectfully submitted,

By: */s/ Ruffin B. Cordell                    l*
Ruffin B. Cordell
TX Bar No. 04820550
FISH & RICHARDSON P.C.
1000 Maine Avenue, SW, Ste 1000
Washington, D.C. 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331
**ATTORNEYS FOR DEFENDANTS
SAMSUNG ELECTRONICS CO., LTD AND
SAMSUNG ELECTRONICS AMERICA, INC.**

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served today, November 26, 2024 a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Ruffin B. Cordell*
Ruffin B. Cordell