# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:24-CV-00627-JRG-RSP |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Michael J. McKeon, of the law firm Fish & Richardson P.C., enters his appearance in this matter for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. and consents to electronic services of all papers in this action.

Dated: November 26, 2024

Respectfully submitted,

FISH & RICHARDSON P.C.

By: */s/ Michael J. McKeon*
Michael J. McKeon
DC Bar No. 459780
FISH & RICHARDSON P.C.
1000 Maine Ave SW
Washington, DC 20024
Phone: (202) 783-5070
Email: mckeon@fr.com

*Attorneys for Defendants*
*Samsung Electronics Co., LTD and*
*Samsung Electronics America, Inc*

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 26, 2024 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Michael J. McKeon*
Michael J. McKeon