# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| Headwater Research LLC, | Case No. 2:24-cv-00627-JRG-RSP |
| *Plaintiff*, | |
| v. | **JURY DEMANDED** |
| Samsung Electronics Co., Ltd., et al. | |
| *Defendants*. | |

## JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER

Pursuant to the Court's Order setting a deadline to file a proposed Protective Order (D.I. 24), Plaintiff Headwater Research, LLC and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. hereby jointly request that the Court enter the proposed Protective Order, attached hereto as Exhibit A.

| | |
|---|---|
| Dated: December 2, 2024 | Respectfully submitted, |
| | |
| */s/ Lawrence R. Jarvis* | */s/ Jason Wietholter* |
| Ruffin B. Cordell | Marc Fenster |
| TX Bar No. 04820550 | CA State Bar No. 181067 |
| Michael J. McKeon | Reza Mirzaie |
| DC Bar No. 459780 | CA State Bar No. 246953 |
| mckeon@fr.com | Brian Ledahl |
| **FISH & RICHARDSON P.C.** | CA State Bar No. 186579 |
| 1000 Maine Avenue, SW, Ste 1000 | Ben Wang |
| Washington, D.C. 20024 | CA State Bar No. 228712 |
| Telephone: (202) 783-5070 | Paul Kroeger |
| Facsimile: (202) 783-2331 | CA State Bar No. 229074 |
| | Neil A. Rubin |
| Thad C. Kodish | CA State Bar No. 250761 |
| GA Bar No. 427603 | Kristopher Davis |
| tkodish@fr.com | CA State Bar No. 329627 |
| Benjamin K. Thompson | James S. Tsuei |
| GA Bar No. 633211 | CA State Bar No. 285530 |
| bthompson@fr.com | Philip Wang |
| Lawrence R. Jarvis | CA State Bar No. 262239 |
| GA Bar No. 102116 | Amy Hayden |
| jarvis@fr.com | CA State Bar No. 287026 |
| **FISH & RICHARDSON P.C.** | Adam Hoffman |
| 1180 Peachtree St. NE, Fl. 21 | CA State Bar No. 218740 |
| Atlanta, GA 30309 | Dale Chang |
| Telephone: (404) 892-5005 | CA State Bar No. 248657 |
| Facsimile: (404) 892-5002 | James Pickens |
| | CA State Bar No. 307474 |
| Melissa R. Smith | James Milkey |
| State Bar No. 24001351 | CA State Bar No. 281283 |
| Melissa@gillamsmithlaw.com | Jason M. Wietholter |
| **GILLAM & SMITH, LLP** | CA State Bar No. 337139 |
| 303 South Washington Avenue | Qi (Peter) Tong |
| Marshall, Texas 75670 | TX State Bar No. 24119042 |
| Telephone: (903) 934-8450 | **RUSS AUGUST & KABAT** |
| Facsimile: (903) 934-9257 | 12424 Wilshire Blvd. 12th Floor |
| | Los Angeles, CA 90025 |
| **ATTORNEYS FOR DEFENDANTS** | Telephone: 310-826-7474 |
| **SAMSUNG ELECTRONICS CO., LTD. AND** | rak_headwater@raklaw.com |
| **SAMSUNG ELECTRONICS AMERICA, INC.** | |
| | Andrea L. Fair |
| | TX State Bar No. 24078488 |
| | **MILLER FAIR HENRY PLLC** |
| | 1507 Bill Owens Parkway |
| | Longview, Texas 75604 |

Telephone: 903-757-6400
andrea@millerfairhenry.com

**ATTORNEYS FOR PLAINTIFF,**
**Headwater Research LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 2nd day of December 2024, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

　　　　　　　　　　　　　　　　　　　　　　*/s/ Jason Wietholter*
　　　　　　　　　　　　　　　　　　　　　　Jason Wietholter

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that counsel complied with the requirements of Eastern District of Texas Local Rule CV-7(h). The parties are in agreement on filing this Joint Motion.

　　　　　　　　　　　　　　　　　　　　　　*/s/ Jason Wietholter*
　　　　　　　　　　　　　　　　　　　　　　Jason Wietholter