# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CASE NO. 2:24-CV-00627-JRG-RSP |
| § | |
| SAMSUNG ELECTRONICS CO., LTD., § | |
| SAMSUNG ELECTRONICS AMERICA, § | |
| INC., § | |
| § | |
| *Defendants*. § | |

## ORDER

Before the Court is Plaintiff Headwater Research LLC's Unopposed Motion to Withdraw Attorney of Record Amy Haden. **Dkt. No. 45.** After consideration, and noting its unopposed nature, the Court **GRANTS** the Motion.

It is **ORDERED** that Amy Hayden is hereby withdrawn as counsel of record in this case and terminated from electronic notifications in connection with the above-captioned matter.

**SIGNED this 21st day of February, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE