IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>                Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>                Defendants. | Case No. 2:24-cv-627-JRG-RSP |

**ORDER OF DISMISSAL WITH PREJUDICE**

      On this day, Plaintiff Headwater Research LLC ("Headwater") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Defendants") announced to the Court that they have resolved Plaintiff's claims for relief against Defendants asserted in this case and Defendants' claims, defenses and/or counterclaims for relief against Plaintiff asserted in this case. Plaintiff and Defendants have therefore requested that the Court dismiss Plaintiff's claims for relief against Defendants with prejudice and Defendants' claims, defenses and/or counterclaims for relief against Plaintiff without prejudice, and with all attorneys' fees, costs and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

      IT IS THEREFORE ORDERED that Plaintiff's claims for relief against Defendants are dismissed with prejudice and Defendants' claims, defenses and/or counterclaims for relief against Plaintiff are dismissed without prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.